# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **ERIC BEVERLY #13934-479** | **CASE NO. 1:25-CV-00066 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **FEDERAL BUREAU OF PRISON** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 9), and after a de novo review of the record, including Plaintiff's Objection (ECF No. 10), having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED** under 28 U.S.C. §§ 1915A and 1915(e)(2)(b), **WITH PREJUDICE** as to all claims except the claim under the Federal Tort Claims Act, which is **DISMISSED WITHOUT PREJUDICE.**

**THUS, DONE AND SIGNED** in Chambers this 25th day of August, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**